## WILLIAM G. TAYLOR *versus* BENJAMIN DAVIS

JOURNAL ENTRIES (1823–24): *Journal 3:* (1) Referred *p. 455; (2) motion for rule to show cause against entering judgment on award *p. 490; (3) motion to set aside award overruled, rule for judgment *p. 508.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) bail piece; (5) exception to bail; (6) recognizance; (7) bail piece; (8) declaration; (9) plea of non assumpsit; (10) memo. re return of notice.
*1822–23 Calendar*, MS p. 142. Recorded in *Book B*, MS pp. 304–307.